# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NANCY LEONARD, A/K/A MANCY LEONARD, DERRICK RAYMOND, | § § § | No. 431, 2015 |
| Respondents-Below, Appellants, | § § § | Court Below: Family Court of the State of Delaware |
| v. | § § § | File Nos. CN14-02877 and 15-13-06TN |
| DSCYF, | § § | Petition Nos. 14-12260 and |
| Petitioner-Below, Appellee. | § § | 15-06708 |
| | | |
| NANCY LEONARD, A/K/A MANCY LEONARD, DERRICK RAYMOND, DSCYF, | § § § | No. 433, 2015 |
| Respondents-Below, Appellants, | § § § § | Court Below: Family Court of the State of Delaware |
| v. | § § | File No. CN 15-02144 |
| FAITH ROLLINS, | § § | Petition No. 15-07670 |
| Petitioner-Below, Appellee. | § § | |
| | | |
| NANCY LEONARD, A/K/A MANCY LEONARD, DERRICK RAYMOND, DSCYF, | § § § | No. 435, 2015 |
| Respondents-Below, Appellants, | § § § | Court Below: Family Court of the State of Delaware |
| v. | § § | File No. CN14-03954 |
| | § | Petition No. 14-20181 |
| JENNIFER RICHARDSON, | § | |
| Petitioner-Below, Appellee. | § § | |

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 13th day of May, 2016, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its August 10, 2015 written decision. We also find that Leonard lacks standing to appeal the denial of the two guardianship petitions brought by separate parties who have chosen not to appeal those decisions.[1] Accordingly, Leonard's appeal with respect to those petitions must be dismissed.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Family Court issued on August 10, 2015 is AFFIRMED, and Leonard's appeal is DISMISSED with respect to the guardianship petitions.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[1] *See Hughes v. DFS*, 836 A.2d 498, 506 (Del. 2003) ("Because the Maternal Aunt is not a party to this present appeal, and because she did not file an appeal in her own right, this Court lacks subject matter jurisdiction to consider that claim."); *Lane v. DFS*, 89 A.2d 477 (Del. 2014) (Table); *Morris v. DFS*, 45 A.3d 149 (Del. 2012) (Table) ("Because the maternal grandparents have not appealed from the Family Court's adverse order, the parents lack standing to prosecute an appeal from the Family Court's order denying grandparents' guardianship petition.").